CLOSED

1996R00723

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :    Hon. Dennis M. Cavanaugh

          v.                    :    Criminal No. 97-78-02

ANDREW SHAW                     :    ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 97-78, against defendant Andrew Shaw, which Indictment was filed on February 5, 1997, charging the defendant with a violation of Title 21, United States Code, Section 963, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. 7.9.08

_____
HON. DENNIS M. CAVANAUGH
United States District Judge